[Cite as *State ex rel. McCloud v. Villanueva*, 2012-Ohio-1362.]

# Court of Appeals of Ohio

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

JOURNAL ENTRY AND OPINION
**No. 97790**

# STATE OF OHIO, EX REL.,
# RAYMOND A. MCCLOUD

RELATOR

vs.

# JUDGE JOSE A. VILLANUEVA

RESPONDENT

## JUDGMENT:
## WRIT DENIED

Writ of Mandamus
Motion No. 451399
Order No. 452810

**RELEASE DATE**: March 28, 2012

**FOR RELATOR**

Raymond A. McCloud, pro se
Inmate No. 593-968
Belmont Correctional Inst.
P. O. Box 540
St. Clairsville, OH   43950

**ATTORNEYS FOR RESPONDENT**

William D. Mason
Cuyahoga County Prosecutor

By: James E. Moss
The Justice Center
1200 Ontario Street, 9th Floor
Cleveland, OH   44113

MARY EILEEN KILBANE, J.:

{¶1} Raymond A. McCloud has filed a complaint for a writ of mandamus. McCloud seeks an order from this court, which requires Judge Jose A. Villanueva to render a ruling with regard to a motion for jail-time credit as filed in the criminal action captioned *State v. McCloud*, Cuyahoga Cty. C.P. No. CR-538847. McCloud's request for mandamus is moot.

{¶2} Attached to Judge Villanueva's motion for summary judgment is a copy of a journal entry, as journalized on September 7, 2011, which demonstrates that McCloud has been granted jail-time credit in the amount of 174 days. McCloud's request for a writ of mandamus is moot. *State ex rel. Jerninghan v. Cuyahoga Cty. Court of Common Pleas*, 74 Ohio St.3d 278, 1996-Ohio-117, 658 N.E.2d 723; *State ex rel. Gantt v. Coleman*, 6 Ohio St.3d 5, 450 N.E.2d 1163 (1983). In addition, any claim associated with the calculation of jail-time credit must be addressed through a direct appeal. *State ex rel. Britton v. Foley-Jones*, 8th Dist. No. 73646, 1998 WL 102458 (Mar. 5, 1998); *State ex rel. Spates v. Sweeney*, 8th Dist. No. 73646, 1997 WL 186857 (Apr. 17, 1997).

{¶3} Accordingly, we grant Judge Villanueva's motion for summary judgment. Costs to McCloud. It is further ordered that the Clerk of the Eighth District Court of Appeals serve notice of this judgment upon all parties as required by Civ.R. 58(B).

Writ denied.

MARY EILEEN KILBANE, JUDGE

KENNETH A. ROCCO, P.J., and
KATHLEEN ANN KEOUGH, J., CONCUR